UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

In re
PRESTIGE HEALTH CARE
SERVICES, INC.,
            Debtor

IN PROCEEDINGS UNDER
CHAPTER 11
CASE NO.: 19-40852-CJP

**OBJECTION OF DEBTOR UNITED STATES TRUSTEE'S
MOTION TO DISMISS CASE AND REQUEST FOR EMERGENCY
HEARING/DETERMINATION**

NOW COMES the Debtor, Prestige Health Care Services, Inc., and hereby objects to the granting and responds to each of the factual allegations contained in each paragraph of the United States Trustee's Motion to Dismiss Case and Request for Emergency Hearing/Determination (the "Motion"), as follows:

1. The Debtor hereby admits the factual allegations contained in Paragraphs 1 through 8, inclusive, of the Motion.

2. The Debtor denies the factual allegations contained in Paragraph 9 of the Motion. Further stating, that at the time of the Informal Debtor Interview (the "IDI"), the Debtor provided evidence to the Office of the United States Trustee that the Debtor had applied for and had received an approved quote to receive Workers' Compensation Insurance Policy coverage, retroactive to May 25, 2019. Furthermore, at the time of the IDI, the Debtor further represented that such retroactively-effective Workers' Compensation Insurance Policy coverage would be bound by the payment of the initial premium installment that would be paid on or before Friday, May 31, 2019 from the personal funds of the Principal of the Debtor. Finally, the Debtor has bound such retroactively-effective Workers' Compensation

Insurance Policy coverage as of today. A true and accurate copy of the binder for the Debtor's Workers' Compensation Insurance Policy is attached hereto as Exhibit "A".

3. The Debtor denies the allegations contained in Paragraphs 10 and 11 of the Motion.

WHEREFORE, the Debtor respectfully requests that the Court issue an Order denying the United States Trustee's Motion to Dismiss Case and for such other and further relief as the Court deems just and mete under the circumstances.

                                                PRESTIGE HEALTH CARE SERVICES, INC.,
Debtor-in-Possession,
By its Attorney,

Date: May 31, 2019                        /s/ Richard N. Gottlieb, Esq.
Richard N. Gottlieb, Esq.
Law Offices of Richard N. Gottlieb
Ten Tremont Street
Suite 11, 3rd Floor
Boston, MA 02108
Phone: (617) 742-4491
rnglaw@verizon.net

# Exhibit "A"

# NOTICE OF ASSIGNMENT

| | | |
|---|---|---|
| **EMPLOYER:**<br>PRESITGE HEALTH CARE SERVICES INC<br>340 MAIN ST STE 977<br>WORCESTER, MA 01608 | **COMBO I.D.**<br>000948728<br><br>**COVERAGE GROUP**<br>0998734 | **STATUS OF EMPLOYER**<br>Corporation |
| The Waiver of Our Right to Recover from Others Endorsement is available on Pool policies. Contact your agent for details. | Coverage under this assignment applies to Massachusetts operations only.  For coverage outside of Massachusetts, contact the appropriate Pool or Plan for that state. | |

| | | |
|---|---|---|
| **AGENT OR PRODUCER:** | THE INSURANCE SHOP LLC<br>WALT CAPELL<br>3809 S PROVIDENCE RD<br>COLUMBIA, MO 65203 | **INSURANCE COMPANY:**<br>TRAVELERS INDEMNITY CO OF AMERICA<br>TRAVELERS - RMD<br>P O BOX 5600<br>HARTFORD, CT 06102-5600<br>(800) 443-4404 |

**AGENCY FEIN:** 202090263

| CLASSIFICATION OF OPERATION | CLASS CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | RATE | ESTIMATED PREMIUM |
|---|---|---|---|---|
| NURSING-HOME HEALTH, PUBLIC & TRAVELING-ALL EMPLOYEES | 8835 | $5,500,000 | 1.88 | $103,400 |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | $57,200 | 0.07 | $40 |
| EMPLOYERS LIABILITY 1000/1000/1000 | 9812 | | | $2,069 |
| MOD FACTOR | 9898 | | .91 | $-9,496 |
| STANDARD PREMIUM | | | | $96,013 |
| ALL RISK ADJUSTMENT PROGRAM | 0277 | | 1.00 | |
| EXPENSE CONSTANT | 0900 | | | $338 |
| TERRORISM CHARGE | 9740 | | | $1,667 |
| TOTAL POLICY MINIMUM PREMIUM | | | | $320 |
| TOTAL ESTIMATED PREMIUM | | | | $98,018 |
| DIA ASSESS. 3.83% | | | | $3,605 |
| TOTAL EST. PREMIUM PLUS ASSESSMENT | | | | $101,623 |

**INSTALLMENT BASIS:** Monthly                                       **DEPOSIT PREMIUM:**     $25,659

**THIS IS NOT A BILL**

**COMMENTS**
Coverage effective 12:01 AM on 05/25/19.

CARRIER NOTE: The WCRIBMA reviewed the classifications and description provided with the application and determined that a change to the classes provided on the application was warranted. The classes listed on the Notice of Assignment are correct based on the information submitted.

CARRIER NOTE: Certain information on the electronic application was initially reported incorrectly or has changed. For the corrected information, refer to the attachments to this application included in your application bundle.

**The Workers' Compensation Rating and Inspection Bureau of Massachusetts**
**101 Arch Street · Boston, MA 02110**
**(617)439-9030 · FAX (617)439-6055 · www.wcribma.org**

# NOTICE OF ASSIGNMENT

Coverage under this Notice of Assignment applies to the captioned entity only.  If coverage is required for an additional entity, the employer must submit an application, check, and an ERM to the Pool for the additional entity.

**DATE OF NOTICE:**  05/31/19                                **PREPARED BY:**    Evelyn Cobb
                                                                                 EXT 522

### * *   SERVICING CARRIER ASSIGNMENT   * *

**LETTER ID:**   5233875

**The Workers' Compensation Rating and Inspection Bureau of Massachusetts**
**101 Arch Street · Boston, MA 02110**
**(617)439-9030 · FAX (617)439-6055 · www.wcribma.org**

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>PRESTIGE HEALTH CARE<br>SERVICES, INC.,<br>　　　　　Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 11<br>CASE NO.: |

## CERTIFICATE OF SERVICE

I, Richard N. Gottlieb, Esq. do hereby certify that i have this day served a copy of the Objection of Debtor United States Trustee's Motion to Dismiss Case and Request for Emergency Hearing/Determination upon the persons listed below by First Class U.S. Mail postage paid and/or electronically via CM/ECF.

Date: May 31, 2019　　　　　　　　　　/s/ Richard N. Gottlieb, Esq.
　　　　　　　　　　　　　　　　　　　Richard N. Gottlieb, Esq.
　　　　　　　　　　　　　　　　　　　Law Offices of Richard N. Gottlieb
　　　　　　　　　　　　　　　　　　　Ten Tremont Street
　　　　　　　　　　　　　　　　　　　Suite 11, 3rd Floor
　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　Phone: (617) 742-4491
　　　　　　　　　　　　　　　　　　　rnglaw@verizon.net

Persons Served:

**Richard King, Esq.**
Office of the US Trustee
(Served via CM/ECF)