# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Prestige Health Care Services, Inc.    **Case Number:** 19-40852    **(CJP)**    **Ch:** 11

Telephonic Status Conference.

**COURT ACTION:**
| _____ Granted | _____ Approved | _____ Moot |
| _____ Denied | _____ Denied without prejudice | |
| _____ Withdrawn in Open Court | | |
| _____ Sustained | _____ Overruled | |

_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
Show Cause Order        _____ Released        _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

FOR THE REASONS STATED ON THE RECORD, THE COURT GRANTED THE CHAPTER 11 TRUSTEE'S ORAL MOTION TO DISMISS THE CASE. THE CASE IS DISMISSED, EFFECTIVE AS OF THE CONCLUSION OF THE JULY 24, 2019 HEARING.

IT IS SO ORDERED:

_____    Dated: 07/25/2019

Christopher J. Panos
United States Bankruptcy Judge